UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DON M. ANDREW, JR.                                      CIVIL ACTION

VERSUS                                                             NUMBER: 15-2101

ST. TAMMANY PARISH PRISON, ET AL.                SECTION: "I"(5)

**ORDER**

The Court, having considered the complaint, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed with prejudice for failure to prosecute.

New Orleans, Louisiana, this 15th day of December, 2015.

                                                                LANCE M. AFRICK
                                               UNITED STATES DISTRICT JUDGE